IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:24-CV-309-D

| | |
|---|---|
| GOOGLE, LLC, | )<br>) |
| Appellant, | )<br>) |
| v. | )     **ORDER**<br>) |
| JAMES B. ANGELL, Chapter 7<br>Trustee for Travel Tranz, Inc., | )<br>)<br>) |
| Appellee. | ) |

On June 12, 2024, Google, LLC ("Google") moved to stay the bankruptcy court proceedings pending its appeal of the bankruptcy court's order denying Google's motion to compel arbitration. See [D.E. 7]. In light of Google's non-frivolous appeal [D.E. 1] and governing law, the court GRANTS Google's motion to stay the bankruptcy court proceedings. See, e.g., Coinbase, Inc. v. Bielski, 599 U.S. 736, 740–47 (2023); Levin v. Alms & Assocs., Inc., 634 F.3d 260, 266 (4th Cir. 2011); Vanderbilt Mortg. & Fin., Inc. v. Lucas, No. 2:14-MC-136, 2014 WL 4202647, at *3–7 (S.D.W. Va. Aug. 22, 2014) (unpublished).

SO ORDERED. This 20 day of June, 2024.

JAMES C. DEVER III
United States District Judge